IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Michelle Mattox, | ) | C/A No. 9:14-cv-0384 DCN |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Beaufort; Josh Dowling; and Trisha Gutterson, | ) | |
| | ) | |
| Defendants. | ) | |

The above referenced case is before this court upon the magistrate judge's recommendation that defendants' motion for summary judgment on the § 1983 claims be denied as to defendant Dowling and granted as to defendants Gutterson and City of Beaufort, on the False Arrest/False Imprisonment claims be granted as to all defendants, and on the Gross Negligence, Slander/Libel per Se, Abuse of Process and Malicious Prosecution claims be denied as to all defendants.

This court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. Thomas v Arn, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. United States v. Schronce, 727 F.2d 91 (4th Cir. 1984),

cert. denied, 467 U.S. 1208 (1984 ).[1]   **Objections to the magistrate judge's report and recommendation were timely filed by defendant on July 17, 2015.**

A de novo review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.  Accordingly, the magistrate judge's Report and Recommendation is **AFFIRMED,** defendants' motion for summary judgment on the § 1983 claims is **DENIED** as to defendant Dowling and **GRANTED** as to defendants Gutterson and City of Beaufort; on the False Arrest/False Imprisonment claims is **GRANTED** as to all defendants; and on the Gross Negligence, Slander/Libel Per Se, Abuse of Process, and Malicious Prosecution claims is **DENIED** as to all defendants.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

July 22, 2015
Charleston, South Carolina

### *NOTICE OF RIGHT TO APPEAL*
The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure

---

[1] In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se litigant must receive fair notification of the consequences of failure to object to a magistrate judge's report before such a procedural default will result in waiver of the right to appeal.  The notice must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'" Id. at 846.  Plaintiff was advised in a clear manner that his objections had to be filed within ten (10) days, and he received notice of the consequences at the appellate level of his failure to object to the magistrate judge's report.